JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARELI HERNANDEZ OCAMPO, <br><br> Petitioner, <br><br> v. <br><br> FERETI SEMAIA, et al., <br><br> Respondents. | Case No. 5:26-cv-03489-MBK <br><br> JUDGMENT |

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 1, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE